# **EXHIBIT B**

Exhibit B

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Amount Open from -9/30/19 | Note Receivable | Total AR |
|---------|-----------|-------------|---------|-------------------------|----------|-------|-----------------|----------------------|---------------------------|-----------------|----------|
| 217 | Coralville | $ 740,400.75 | $ 2,428.42 | $ 514.12 | $ 10,394.93 | $ 44,220.73 | $ 797,958.95 | $ 13,039.93 | $ 363,034.60 | $ 376,433.00 | $1,550,466.48 |

## Account Status

# 217 Coralville

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| E217083119 | Expense - Misc INV | 11-OCT-19 | 26-OCT-19 | USD | 8,010.53 | 8,010.00 |
| 217-0000658 | Merchandise INV | 15-OCT-19 | 30-OCT-19 | USD | 31,445.36 | 31,445.36 |
| 217-0000659 | Merchandise INV | 17-OCT-19 | 01-NOV-19 | USD | 19,400.40 | 19,400.40 |
| 217-0000660 | Merchandise INV | 22-OCT-19 | 06-NOV-19 | USD | 33,007.19 | 33,007.19 |
| 217-0000662 | Merchandise INV | 30-OCT-19 | 14-NOV-19 | USD | 30,177.23 | 30,177.23 |
| 217-0000663 | Warranty INV | 31-OCT-19 | 15-NOV-19 | USD | 2,558.60 | 2,558.60 |
| 217-0000664 | Merchandise INV | 05-NOV-19 | 20-NOV-19 | USD | 29,366.49 | 29,366.49 |
| 217-0000665 | Merchandise INV | 08-NOV-19 | 23-NOV-19 | USD | 31,547.89 | 31,547.89 |
| E217093019 | Expense - Misc INV | 09-NOV-19 | 24-NOV-19 | USD | 14,443.88 | 14,443.88 |
| 217-0000666 | Merchandise INV | 13-NOV-19 | 28-NOV-19 | USD | 31,236.66 | 31,236.66 |
| 217-0000667 | Merchandise INV | 14-NOV-19 | 29-NOV-19 | USD | 25,928.52 | 25,928.52 |
| 217-0000668 | Merchandise INV | 19-NOV-19 | 04-DEC-19 | USD | 28,407.45 | 28,407.45 |
| 217-0000669 | Merchandise INV | 26-NOV-19 | 11-DEC-19 | USD | 30,523.83 | 30,523.83 |
| 217-0000670CR | Merchandise INV | 27-NOV-19 | 12-DEC-19 | USD | (30,122.59) | (30,122.59) |
| 217-0000671 | Warranty INV | 30-NOV-19 | 15-DEC-19 | USD | 1,897.53 | 1,897.53 |
| 217-0000672 | Merchandise INV | 03-DEC-19 | 18-DEC-19 | USD | 27,422.99 | 27,422.99 |
| 217-0000673 | Merchandise INV | 05-DEC-19 | 20-DEC-19 | USD | 24,978.71 | 24,978.71 |
| 217-0000674 | Merchandise INV | 10-DEC-19 | 25-DEC-19 | USD | 34,692.34 | 34,692.34 |
| 217-0000675 | Merchandise INV | 12-DEC-19 | 27-DEC-19 | USD | 34,056.06 | 34,056.06 |
| E217103119 | Expense - Misc INV | 12-DEC-19 | 27-DEC-19 | USD | 6,203.32 | 6,203.32 |
| 217-0000676 | Merchandise INV | 17-DEC-19 | 01-JAN-20 | USD | 28,411.48 | 28,411.48 |
| 217-0000677 | Merchandise INV | 19-DEC-19 | 03-JAN-20 | USD | 17,783.21 | 17,783.21 |
| 217-0000678 | Merchandise INV | 31-DEC-19 | 15-JAN-20 | USD | 29,754.34 | 29,754.34 |
| 217-0000679 | CPU VIA Merch INV | 31-DEC-19 | 15-JAN-20 | USD | 128.54 | 128.54 |
| 217-0000680 | CPU VIA Fees INV | 31-DEC-19 | 15-JAN-20 | USD | 50.00 | 50.00 |
| 217-0000681 | Warranty INV | 31-DEC-19 | 15-JAN-20 | USD | 1,885.52 | 1,885.52 |
| 217-0000682 | Merchandise INV | 03-JAN-20 | 18-JAN-20 | USD | 27,850.33 | 27,850.33 |
| 217-0000683 | Merchandise INV | 07-JAN-20 | 22-JAN-20 | USD | 27,314.33 | 27,314.33 |
| 217-0000684 | Merchandise INV | 14-JAN-20 | 29-JAN-20 | USD | 28,371.54 | 28,371.54 |
| E217113019 | Expense - Misc INV | 16-JAN-20 | 31-JAN-20 | USD | 15,670.85 | 15,670.85 |
| 217-0000685 | Merchandise INV | 23-JAN-20 | 07-FEB-20 | USD | 29,619.92 | 29,619.92 |
| 217-0000686 | Merchandise INV | 28-JAN-20 | 12-FEB-20 | USD | 32,888.59 | 32,888.59 |
| 217-0000687 | Merchandise INV | 30-JAN-20 | 14-FEB-20 | USD | 33,348.43 | 33,348.43 |
| 217-0000688 | CPU VIA Merch INV | 31-JAN-20 | 15-FEB-20 | USD | (443.52) | (443.52) |
| 217-0000689 | CPU VIA Fees INV | 31-JAN-20 | 15-FEB-20 | USD | (50.00) | (50.00) |
| 217-0000690 | Warranty INV | 31-JAN-20 | 15-FEB-20 | USD | 2,788.95 | 2,788.95 |
| 217-0000692 | Merchandise INV | 11-FEB-20 | 26-FEB-20 | USD | 25,608.34 | 25,608.34 |
| 217-0000693 | Merchandise INV | 18-FEB-20 | 04-MAR-20 | USD | 32,805.18 | 32,805.18 |
| 217-0000694 | Merchandise INV | 20-FEB-20 | 06-MAR-20 | USD | 25,421.18 | 25,421.18 |
| 217-0000695CR | Merchandise INV | 21-FEB-20 | 07-MAR-20 | USD | (28,697.89) | (28,697.89) |
| R217030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 2,428.42 | 2,428.42 |

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 217-0000696 | Merchandise INV | 27-FEB-20 | 13-MAR-20 | USD | 23,784.56 | 23,784.56 |
| 217-0000697 | Delivery Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 415.12 | 415.12 |
| 217-0000698 | Delivery Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 99.00 | 99.00 |
| 217-0000699 | CPU VIA Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 157.96 | 157.96 |
| 217-0000700 | CPU VIA Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 50.00 | 50.00 |
| 217-0000701 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 1,035.71 | 1,035.71 |
| 217-0000702 | Merchandise INV | 05-MAR-20 | 20-MAR-20 | USD | 24,068.38 | 24,068.38 |
| 217-0000703 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 228.62 | 228.62 |
|  |  |  |  |  | Total Due | 797,958.95 |

Report Run Date - 15-MAR-2020

FRANCHISE BILLING
LOCATION 217/218
SIMPSON FURNITURE - CORALVILLE/CEDAR FALLS

| Inv # | Date | Type of Billing/Transaction | Amount Billed | Date Bill Sent | Due Date | ACH Date | Amount Received | Amount Owed |
|---|---|---|---|---|---|---|---|---|
| 217-013118 | 03/15/18 | January 2018 Expenses | 12,553.11 | 03/16/18 | 03/30/18 | 7/22 Wire (4,933.12), | 4,933.12 | 7,619.99 |
| 218-013118 | 03/15/18 | January 2018 Expenses | 18,087.29 | 03/16/18 | 03/30/18 | | | 25,707.28 |
| 217-022818 | 03/30/18 | February 2018 Expenses | 3,674.34 | 03/30/18 | 04/16/18 | | | 29,381.62 |
| 218-022818 | 03/30/18 | February 2018 Expenses | 3,468.13 | 03/30/18 | 04/16/18 | | | 32,849.75 |
| 217-0000407 | 03/31/18 | Delivery merch | (1,855.53) | 04/02/18 | 04/16/18 | | | 30,994.22 |
| 217-0000408 | 03/31/18 | Delivery fees | 129.00 | 04/02/18 | 04/16/18 | | | 31,123.22 |
| 217-0000409 | 03/31/18 | Warranty | 6,178.91 | 04/02/18 | 04/16/18 | | | 37,302.13 |
| 217-0000426 | 04/30/18 | Delivery merch | 2,181.07 | 05/03/18 | 05/15/18 | | | 39,483.20 |
| 217-0000427 | 04/30/18 | Delivery fees | 85.00 | 05/03/18 | 05/15/18 | | | 39,568.20 |
| 217-0000428 | 04/30/18 | CPU VIA Merch | (396.52) | 05/03/18 | 05/15/18 | | | 39,171.68 |
| 217-0000429 | 04/30/18 | CPU VIA Fees | (100.00) | 05/03/18 | 05/15/18 | | | 39,071.68 |
| 217-0000430 | 04/30/18 | Warranty | 6,072.22 | 05/03/18 | 05/15/18 | | | 45,143.90 |
| 217-033118 | 04/30/18 | March 2018 Expenses | 7,387.13 | 05/05/18 | 05/15/18 | | | 52,531.03 |
| 218-033118 | 04/30/18 | March 2018 Expenses | 5,315.35 | 05/05/18 | 05/15/18 | | | 57,846.38 |
| 217-0000445 | 05/31/18 | Delivery merch | 1,127.50 | 06/01/18 | 06/15/18 | | | 58,973.88 |
| 217-0000446 | 05/31/18 | Delivery fees | 85.00 | 06/01/18 | 06/15/18 | | | 59,058.88 |
| 217-0000447 | 05/31/18 | Warranty | 5,194.50 | 06/01/18 | 06/15/18 | | | 64,253.38 |
| 217-043018 | 06/08/18 | April 2018 Expenses | 3,339.97 | 06/11/18 | 06/25/18 | | | 67,593.35 |
| 218-043018 | 06/08/18 | April 2018 Expenses | 1,626.49 | 06/11/18 | 06/25/18 | | | 69,219.84 |
| 217-0000464 | 06/30/18 | Delivery merch | 1,141.88 | 07/03/18 | 07/16/18 | | | 70,361.72 |
| 217-0000465 | 06/30/18 | Delivery fees | 85.00 | 07/03/18 | 07/16/18 | | | 70,446.72 |
| 217-0000466 | 06/30/18 | CPU VIA Merch | 812.06 | 07/03/18 | 07/16/18 | | | 71,258.78 |
| 217-0000467 | 06/30/18 | CPU VIA Fees | 100.00 | 07/03/18 | 07/16/18 | | | 71,358.78 |
| 217-0000468 | 06/30/18 | Warranty | 6,854.23 | 07/03/18 | 07/16/18 | | | 78,213.01 |
| 217-053118 | 07/03/18 | May 2018 Expenses | 4,320.78 | 07/04/18 | 07/18/18 | | | 82,533.79 |
| 218-053118 | 07/03/18 | May 2018 Expenses | 4,352.72 | 07/04/18 | 07/18/18 | | | 86,886.51 |
| 217-0000486 | 07/31/18 | CPU VIA Merch | 190.61 | 08/03/18 | 08/15/18 | | | 87,077.12 |
| 217-0000487 | 07/31/18 | CPU VIA Fees | 0.00 | 08/03/18 | 08/15/18 | | | 87,077.12 |
| 217-063018 | 08/13/18 | June 2018 Expenses | 1,930.53 | 08/15/18 | 08/28/18 | | | 89,007.65 |
| 218-063018 | 08/13/18 | June 2018 Expenses | 4,517.13 | 08/15/18 | 08/28/18 | | | 93,524.78 |
| 217-0000493 | 08/14/18 | Warranty (dated 7/31/18) | 6,648.78 | 08/15/18 | 08/29/18 | | | 100,173.56 |
| 217-0000503 | 08/31/18 | CPU VIA Merch | 476.83 | 09/05/18 | 09/17/18 | | | 100,650.39 |
| 217-0000504 | 08/31/18 | CPU VIA Fees | 50.00 | 09/05/18 | 09/17/18 | | | 100,700.39 |
| 217-0000505 | 08/31/18 | Warranty | 8,081.71 | 09/05/18 | 09/17/18 | | | 108,782.10 |
| 217-0000509 | 09/10/19 | Merchandise (Cedar Falls) | 27,200.59 | 09/10/18 | 09/24/18 | | | 135,982.69 |
| 217-0000515 | 09/19/18 | Merchandise (CF split w/ PFP) | 19,540.40 | 09/20/18 | 10/04/18 | | | 155,523.09 |
| 217-073118 | 09/24/18 | July 2018 Expenses | (46.44) | 09/26/18 | 10/09/18 | | | 155,476.65 |
| 218-073118 | 09/24/18 | July 2018 Expenses | 2,010.96 | 09/26/18 | 10/09/18 | | | 157,487.61 |
| 217-0000519 | 09/30/18 | CPU VIA Merch | (1,193.17) | 10/02/18 | 10/15/18 | | | 156,294.44 |
| 217-0000520 | 09/30/18 | CPU VIA Fees | (300.00) | 10/02/18 | 10/15/18 | | | 155,994.44 |
| 217-0000521 | 09/30/18 | Warranty | 4,355.06 | 10/02/18 | 10/15/18 | | | 160,349.50 |
| 217-083118 | 10/11/18 | August 2018 Expenses | 2,912.56 | 10/12/18 | 10/26/18 | | | 163,262.06 |
| 218-083118 | 10/11/18 | August 2018 Expenses | 1,602.21 | 10/12/18 | 10/26/18 | | | 164,864.27 |
| 217-0000526 | 10/11/18 | Merchandise (CF split w/ PFP) | 20,572.48 | 10/12/18 | 10/26/18 | | 3,195.25 | 182,241.50 |
| 217-093018 | 10/25/18 | September 2018 Expenses | 25,278.85 | 10/26/18 | 11/09/18 | | | 207,520.35 |
| 218-093018 | 10/25/18 | September 2018 Expenses | 18,153.14 | 10/26/18 | 11/09/18 | | | 225,673.49 |
| 217-0000533 | 10/31/18 | CPU VIA Merch | (188.47) | 11/02/18 | 11/15/18 | | | 225,485.02 |
| 217-0000534 | 10/31/18 | CPU VIA Fees | (100.00) | 11/02/18 | 11/15/18 | | | 225,385.02 |
| 217-0000535 | 10/31/18 | Warranty | 3,481.87 | 11/02/18 | 11/15/18 | | | 228,866.89 |
| 218-0000539 | 11/14/18 | Merchandise (Cedar Falls) | 2,437.47 | 11/15/18 | 11/29/18 | | | 231,304.36 |
| 217-103118 | 11/29/18 | October 2018 Expenses | 8,574.31 | 11/30/18 | 12/14/18 | | | 239,878.67 |
| 218-103118 | 11/29/18 | October 2018 Expenses | 143.82 | 11/30/18 | 12/14/18 | | | 240,022.49 |

FRANCHISE BILLING
LOCATION 217/218
SIMPSON FURNITURE - CORALVILLE/CEDAR FALLS

| Inv # | Date | Type of Billing/Transaction | Amount Billed | Date Bill Sent | Due Date | ACH Date | Amount Received | Amount Owed |
|---|---|---|---|---|---|---|---|---|
| 217-0000544 | 11/30/18 | Warranty | 4,204.49 | 12/03/18 | 12/17/18 | | | 244,226.98 |
| 217-113018 | 12/27/18 | November 2018 Expenses | 4,093.48 | 12/28/18 | 01/11/19 | | | 248,320.46 |
| 218-113018 | 12/27/18 | November 2018 Expenses | 99.48 | 12/28/18 | 01/11/19 | | | 248,419.94 |
| 217-0000552 | 12/31/18 | CPU VIA Merch | (88.76) | 01/02/19 | 01/15/19 | | | 248,331.18 |
| 217-0000553 | 12/31/18 | CPU VIA Fees | (50.00) | 01/02/19 | 01/15/19 | | | 248,281.18 |
| 217-0000554 | 12/31/18 | Warranty | 3,738.21 | 01/02/19 | 01/15/19 | | | 252,019.39 |
| 217-0000555 | 12/31/18 | Gift cards | (290.02) | 01/02/19 | 01/15/19 | | | 251,729.37 |
| 217-123118 | 01/31/19 | December 2018 Expenses | 2,351.36 | 02/02/19 | 02/15/19 | | | 254,080.73 |
| 218-123118 | 01/31/19 | December 2018 Expenses | 79.42 | 02/02/19 | 02/15/19 | | | 254,160.15 |
| 217-0000564 | 01/31/19 | Warranty | 2,541.01 | 02/02/19 | 02/15/19 | | | 256,701.16 |
| 217-013119 | 02/28/19 | January 2019 Expenses | 6,388.13 | 03/01/19 | 03/15/19 | | | 263,089.29 |
| 218-013119 | 02/28/19 | January 2019 Expenses | 2,467.15 | 03/01/19 | 03/15/19 | | | 265,556.44 |
| 217-0000571 | 02/28/19 | Delivery merch | 1,005.71 | 03/04/19 | 03/15/19 | | | 266,562.15 |
| 217-0000572 | 02/28/19 | Delivery fees | 85.00 | 03/04/19 | 03/15/19 | | | 266,647.15 |
| 217-0000573 | 02/28/19 | Warranty | 2,147.75 | 03/04/19 | 03/15/19 | | | 268,794.90 |
| 217-022819 | 03/28/19 | February 2019 Expenses | 7,947.00 | 03/29/19 | 04/12/19 | | | 276,741.90 |
| 217-0000581 | 03/31/19 | CPU VIA Merch | 382.10 | 04/01/19 | 04/15/19 | | | 277,124.00 |
| 217-0000582 | 03/31/19 | CPU VIA Fees | (50.00) | 04/01/19 | 04/15/19 | | | 277,074.00 |
| 217-0000583 | 03/31/19 | Warranty | 2,633.33 | 04/01/19 | 04/15/19 | | | 279,707.33 |
| 217-033119 | 04/30/19 | March 2019 Expenses | 5,139.03 | 05/01/19 | 05/15/19 | | | 284,846.36 |
| 217-0000591 | 04/30/19 | CPU VIA Merch | (1,180.67) | 05/02/19 | 05/15/19 | | | 283,665.69 |
| 217-0000592 | 04/30/19 | CPU VIA Fees | (100.00) | 05/02/19 | 05/15/19 | | | 283,565.69 |
| 217-0000593 | 04/30/19 | Warranty | 2,997.60 | 05/02/19 | 05/15/19 | | | 286,563.29 |
| 217-043019 | 05/30/19 | April 2019 Expenses | 7,530.60 | 05/31/19 | 06/14/19 | | | 294,093.89 |
| 217-0000601 | 05/31/19 | Delivery merch | 3,598.97 | 06/05/19 | 06/17/19 | | | 297,692.86 |
| 217-0000602 | 05/31/19 | Delivery fees | 170.00 | 06/05/19 | 06/17/19 | | | 297,862.86 |
| 217-0000603 | 05/31/19 | CPU VIA Merch | (418.80) | 06/05/19 | 06/17/19 | | | 297,444.06 |
| 217-0000604 | 05/31/19 | CPU VIA Fees | (150.00) | 06/05/19 | 06/17/19 | | | 297,294.06 |
| 217-0000605 | 05/31/19 | Warranty | 2,552.25 | 06/05/19 | 06/17/19 | | | 299,846.31 |
| 217-05312019 | 06/30/19 | May 2019 Expenses | 9,983.66 | 07/02/19 | 07/15/19 | | | 309,829.97 |
| 217-0000613 | 06/30/19 | CPU VIA Merch | (233.34) | 07/03/19 | 07/15/19 | | | 309,596.63 |
| 217-0000614 | 06/30/19 | CPU VIA Fees | (50.00) | 07/03/19 | 07/15/19 | | | 309,546.63 |
| 217-0000615 | 06/30/19 | Warranty | 2,908.65 | 07/03/19 | 07/15/19 | | | 312,455.28 |
| 217-0000625 | 07/31/19 | Delivery merch | 1,490.29 | 08/02/19 | 08/15/19 | | | 313,945.57 |
| 217-0000626 | 07/31/19 | Delivery fees | 85.00 | 08/02/19 | 08/15/19 | | | 314,030.57 |
| 217-0000627 | 07/31/19 | Warranty | 3,135.72 | 08/02/19 | 08/15/19 | | | 317,166.29 |
| 217-063019-1 | 08/10/19 | June 2019 Expenses | 9,232.03 | 08/12/19 | 08/26/19 | | | 326,398.32 |
| 217-063019-2 | 08/10/19 | June 2019 Expenses (old NTVB Invs) | 16,215.26 | 08/12/19 | 08/26/19 | | | 342,613.58 |
| 217-0000637 | 08/31/19 | CPU VIA Merch | (449.17) | 09/04/19 | 09/16/19 | | | 342,164.41 |
| 217-0000638 | 08/31/19 | CPU VIA Fees | (50.00) | 09/04/19 | 09/16/19 | | | 342,114.41 |
| 217-0000639 | 08/31/19 | Warranty | 2,665.66 | 09/04/19 | 09/16/19 | | | 344,780.07 |
| 217-073119 | 09/19/19 | July 2019 Expenses | 14,934.53 | 09/19/19 | 10/04/19 | | | 359,714.60 |
| 217-0000649 | 09/30/19 | Delivery merch | 383.46 | 10/01/19 | 10/15/19 | | | 360,098.06 |
| 217-0000650 | 09/30/19 | Delivery fees | 170.00 | 10/01/19 | 10/15/19 | | | 360,268.06 |
| 217-0000651 | 09/30/19 | CPU VIA Merch | 0.00 | 10/01/19 | 10/15/19 | | | 360,268.06 |
| 217-0000652 | 09/30/19 | CPU VIA Fees | (100.00) | 10/01/19 | 10/15/19 | | | 360,168.06 |
| 217-0000653 | 09/30/19 | Warranty | 2,866.54 | 10/01/19 | 10/15/19 | | | 363,034.60 |
| | | Promissory Note Balance | 376,432.83 | | | | | 739,467.43 |

**FRANCHISE BILLING**

| AUGUST | 2019 | | | | | ART VAN FURNITURE | | | | INVOICE DATE: | 10/11/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STORE | 217 | CORALVILLE | | | | | | | | DUE DATE: | 10/26/2019 |
| INVOICE | 217-83119 | | | | | | | | | | |

FRANCHISE

| STORE # | STORE NAME | BILLING DEPT | VENDOR NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 217 | CORALVILLE | IT | AT&T MOBILITY | 872359000083X0725019 | 8/1/19 | TELECOM CHARGES | 1 | 13.55 | 13.55 | | | 13.55 |
| 217 | CORALVILLE | ART VAN | ART VAN | 083119 | 8/31/19 | WAGES BILLED - (see attached detail) | 1 | 191.88 | 191.88 | | | 191.88 |
| 217 | CORALVILLE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 8 OF 12) | 1 | 3,192.92 | 3,192.92 | | | 3,192.92 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 79819 | 7/30/19 | POSTER-WINDOW TREATMENT $20 GE#79195 | 2 | 10.27 | 10.27 | 14.79 | 0.62 | 25.68 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 79824 | 7/31/19 | POSTERS-JULY ROUND 2 3VERSIONS GE#79188 | 9 | 12.32 | 12.32 | | 0.74 | 13.06 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 79855 | 8/12/19 | POSTAGE-MUMBO POSTCARD-LABOR DAY 8/24 FRANCHISE GE#79515 | 13,927 | - | - | | | 2,901.92 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 79883 | 7/31/19 | SETS=POSTER-JULY REPRINT GE#79119 | 8 | 6.79 | 6.79 | 3.48 | 0.41 | 10.68 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 79884 | 7/31/19 | POSTERS-TRUCKLOAD TRUCKLOAD SALE/TRUCKLOAD 15% OFF GE#79355 | 8 | 7.80 | 7.80 | 0.94 | 0.47 | 9.21 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 79925 | 8/14/19 | AUGUST POSTERS GE#79434 & 79479 FIND YOUR FAB/LABOR DAY | 16 | 20.11 | 20.11 | | 1.21 | 21.32 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 79977 | 8/22/19 | POSTAGE-AV SIGNATURE CARD EVENT 9/9/19 3 VERSIONS GE#79853 | 780 | - | - | | | 181.62 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST, INC | 79498 | 6/28/19 | MUMBO EDDM&DISH FRIENDS&FAMILY WITH AFFIXED PEEL OFF STICKER | 7,682 | 997.38 | 997.38 | 3.88 | 59.84 | 1,061.10 |
| 217 | CORALVILLE | ADVERTISING | MJA GRAPHICS NETWORK | 17052 | 8/1/19 | STACK OUT SIGNS-OUTDOOR ACCESSORIES | 8 | 18.00 | 18.00 | | 1.08 | 19.08 |
| 217 | CORALVILLE | ADVERTISING | MJA GRAPHICS NETWORK | 17053 | 8/1/19 | STACK OUT SIGNS-OUTDOOR/ RUGS | 2 | 3.63 | 3.63 | | 0.22 | 3.85 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 28822 | 6/30/19 | ART VAN ISSUE DATE/7/5/19 4TH OF JULY 8PG | 100 | - | - | | | 3.17 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 28823 | 7/26/19 | ART VAN ISSUE DATE: 7/1/19 44 PAGE TABLOID 60 FABULOUS YEARS | 150 | 73.59 | 73.59 | | 4.42 | 78.01 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 28842 | 8/9/19 | ART VAN ISSUE DATE: 8/18/19 NOW OR NEVER SALE 8PG TABLOID | 100 | - | - | | | 3.17 |
| 217 | CORALVILLE | ADVERTISING | SCREEN WORKDS | 67283 | 1/21/19 | 12 HOUR SALE 30% GENERIC VERTICAL WINDOW BANNERS 30X50 | 2 | 22.80 | 45.60 | | 2.74 | 48.34 |
| 217 | CORALVILLE | ADVERTISING | SCREEN WORKDS | 67987 | 4/29/19 | TENT SALE GROUND HUGGER SIGNS 28X22 | 12 | 48.00 | 48.00 | | 2.88 | 50.88 |
| 217 | CORALVILLE | ADVERTISING | SCREEN WORKS | 68448 | 7/15/19 | 2019 FLAG EXCHANGE BOARDS | 1 | 24.94 | 24.94 | | 1.50 | 26.44 |
| 217 | CORALVILLE | ADVERTISING | SCREEN WORKS | 68462 | 7/15/19 | NO TAX WEDNESDAY / WED ONLY / BLACK FRI IN JULY/VERTICAL BANNERS | 4 | 22.80 | 91.20 | | 5.47 | 96.67 |
| 217 | CORALVILLE | ART VAN | TEMPUS TECHNOLOGIES, INC | 81939549 | 8/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 217 | CORALVILLE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 147752 | 7/28/19 | ART VAN-TSG JUNE 2019 MATCH JOB'09 LASER ETC AND SEND TO DPO POSTAGE | 6 | - | - | | | 4.00 |
| 217 | CORALVILLE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 147907 | 6/30/19 | MATCH 1 YR EXTENDED WARRANTY MAILING JUNE MATCH/SEND TO DPO | 20 | - | - | | | 21.00 |
| 217 | CORALVILLE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 148472 | 7/31/19 | ART VAN -TSG JULY 2019 POSTAGE/MAILING | 4 | - | - | | | 4.00 |
| | | | | | | GRAND TOTAL | 217 | | | | | $ 8,010.53 |

**Art Van Furniture Franchising**

**Wages billed to Franchise store - Coralville - Store # 217**

**August 2019**

| Employee name | Commissions | Spiffs | Total Labor $ |
|---|---|---|---|
| David Quinn | 125.63 | | 125.63 |
| Lisa Maldonado | 41.25 | | 41.25 |
| Earnest Engels | | 15.00 | 15.00 |
| Thomas Salvatori | | 10.00 | 10.00 |
| Total | | | 191.88 |

# FRANCHISE BILLING

## ART VAN FURNITURE

| SEPTEMBER | 2019 |
|---|---|
| STORE | 217 CORALVILLE |
| INVOICE | 217-93019 |

| INVOICE DATE: | 11/19/2019 |
|---|---|
| DUE DATE: | 11/24/2019 |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDIN | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 217 | CORALVILLE | ART VAN | ELEMENTS INTERNATIONAL | DM0728246 | 9/30/19 | - VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 80000 | 8/23/19 | PURE SLEEP HEADBOARD SIGNS GBP79667 | 1 | | 15.92 | | 0.96 | 16.88 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 80006 | 8/23/19 | POSTERS-LABOR DAY LOWEST PRICES OF THE YEAR GBP79677 | 2 | | 11.48 | | 0.69 | 12.17 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 80044 | 8/26/19 | MUMBO-LABOR DAY 8/24 FRANCHISE WITH PEEL OFF STICKERS (ISO)GBP79684,79515 | 13,977 | | 1,817.96 | 7.77 | 109.08 | 1,934.81 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 80134 | 8/28/19 | 0819 MDI POSTERS GBP79897 | 2 | | 11.48 | 14.76 | 0.69 | 26.93 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 80159 | 8/30/19 | DIRECT MAIL-AV SIGNATURE CARD EVENT 9/10 GBP79853 | 780 | | - | | | 106.66 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST INC | 80260 | 8/30/19 | SEPTEMBER EVENT POSTERS-2 VERSIONS GBP79983 | 8 | | 9.98 | | 0.60 | 10.58 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST INC | 80497 | 9/18/19 | POSTAGE-MUMBO POSTCARD-BEAT THE CLOCK 9/28/19 GB#80259 | 13,925 | | - | | | 2,829.57 |
| 217 | CORALVILLE | ART VAN | KUKA (HK) TRADE CO., LIMITED | DM0728241 | 9/30/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 217 | CORALVILLE | ART VAN | KUKA (HK) TRADE CO., LIMITED | DM0728242 | 9/30/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 217 | CORALVILLE | ADVERTISING | MIA GRAPHICS NETWORK | 17076 | 8/22/19 | STACK OUT SIGNS-OCCASIONAL TABLES 2 VERSIONS 55 EACH | | | 23.10 | | 1.40 | 24.50 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 28943 | 8/26/19 | ARTVAN ISSUE DATE 8/23/19 LABOR DAY 4PG TAB | 50 | | - | | | 0.87 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 29001 | 8/31/19 | ARTVAN ISSUE DATE 9/1/19 LABOR DAY 12 PAG TABLOID | 35,356 | | - | | | 3,066.60 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 29002 | 8/31/19 | ARTVAN ISSUE DATE 8/30/19 LABOR DAY 4PG TAB | 75,779 | | - | | | 1,723.33 |
| 217 | CORALVILLE | ART VAN | TEMPUS TECHNOLOGIES, INC | 91940581 | 9/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 217 | CORALVILLE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 9 OF 12) | 1 | 3,192.92 | 3,192.92 | | | 3,192.92 |
| 217 | CORALVILLE | ART VAN | ELITE REWARDS | 093019 | 9/30/19 | ELITE REWARDS FOR SEPTEMBER 2019 | 1 | 1,375.00 | 1,375.00 | | | 1,375.00 |
| 217 | CORALVILLE | ART VAN | ART VAN | 090219 | 9/30/19 | WAGES BILLED - (see attached detail) | 1 | 334.07 | 334.07 | | | 334.07 |
| 217 | CORALVILLE | ART VAN | A AMERICA | DM0728245 | 9/12/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 217 | CORALVILLE | ART VAN | WHALEN LIMITED | DM0728358 | 9/13/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 217 | CORALVILLE | ART VAN | FUSION FURNITURE INC | DM0728360 | 9/13/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 217 | CORALVILLE | ART VAN | LA-Z-BOY CHAIR COMPANY | DM0728676 | 9/16/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 217 | CORALVILLE | ART VAN | MANWA INC | DM0729383 | 9/19/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |

| GRAND TOTAL | 217 | $ | 14,443.88 |
|---|---|---|---|

Franchise Elite rewards
September 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 217-0071902 | 20190901 | PROMO50HDTV | 250.01 | 225.00 | 217 |
| 217-0071921 | 20190901 | SAMSUNG-TABLET | 150.00 | 150.00 | 217 |
| 217-0071925 | 20190901 | PROMO50HDTV | 250.01 | 225.00 | 217 |
| 217-0071926 | 20190901 | PROMO50HDTV | 250.01 | 225.00 | 217 |
| 217-0071937 | 20190902 | SAMSUNG-TABLET | 150.00 | 150.00 | 217 |
| 217-0071999 | 20190918 | SAMSUNG-TABLET | 150.00 | 150.00 | 217 |
| 217-0072000 | 20190904 | SAMSUNG-TABLET | 150.00 | 150.00 | 217 |
| 217-0072307 | 20190921 | AIRFRYER | 50.01 | 50.00 | 217 |
| 217-0072319 | 20190922 | AIRFRYER | 50.01 | 50.00 | 217 |
| | | | | 1,375.00 | |

| Art Van Furniture Franchising | | | |
|---|---|---|---|
| **Wages billed to Franchise store - Coralville - Store # 217** | | | |
| **September 2019** | | | |
| | | | |
| **Employee name** | **Commissions** | **Spiffs** | **Total Labor $** |
| Ryan Steig | 20.78 | | 20.78 |
| | | | |
| Iomed German | 20.78 | | 20.78 |
| | | | |
| Laurie Kunst | 40.72 | | 40.72 |
| | | | |
| Earnest Engels | 48.15 | | 48.15 |
| | | 10.80 | 10.80 |
| | | | |
| Jaspal Singh | 178.84 | | 178.84 |
| | | 14.00 | 14.00 |
| | | | |
| Total | | | 334.07 |
| | | | |

# FRANCHISE EXPENSE BILLING

## ART VAN FURNITURE

| OCTOBER | 2019 | | INVOICE DATE: | 12/12/2019 |
|---|---|---|---|---|
| STORE 217 | CORALVILLE | | DUE DATE: | 12/27/2019 |
| INVOICE 217-103119 | | | | |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 217 | CORALVILLE | ART VAN | AT&T MOBILITY. | 287236900008309252019 | 10/01/19 | TELECOM CHARGES | 1 | 13.55 | 13.55 | | | 13.55 |
| 217 | CORALVILLE | ART VAN | AT&T MOBILITY. | 872369000083092520192019 | 10/01/19 | TELECOM CHARGES | 1 | 170.22 | 170.22 | | | 170.22 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST INC | 80576 | 09/20/19 | IN-STORE HANDOUT-BEAT THE CLOCK 9/28/19 FRANCHISE GE#80353 | 25 | | | | | 1.98 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST INC | 80618 | 09/24/19 | MLMB POSTCARD-BEAT THE CLOCK 9/28 FRANCHISE LOC. GE#80259 | 13,925 | | | | | 1,470.34 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 80621 | 09/25/19 | INSPIRATIONAL HERO-INSTORE HANDOUTS & POSTERS GE#80426/80427 | 151 | 19.39 | 19.39 | 26.26 | 1.16 | 46.81 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 80622 | 09/25/19 | WE SAY "YES" FINANCING BROCHURES GE#80388 | 250 | 21.51 | 21.51 | | 1.29 | 22.80 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 80623 | 09/25/19 | OCTOBER 2019 EVENT POSTERS-3VERSIONS/ GE#80287 | 9 | 20.75 | 20.75 | 13.23 | 1.25 | 35.23 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST INC | 80732 | 10/03/19 | POSTAGE-AV SIGNATURE CARD EVENT 10/16/19 GE#80595 | 755 | 0.23 | 173.65 | | | 173.65 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 29080 | 09/30/19 | ART VAN ISSUE DATE:9/20/19 INVENTORY CLEAROUT 4PG TAB | 50 | | | | | 1.40 |
| 217 | CORALVILLE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 148969 | 08/31/19 | MATCH 1YR EXTENDED WARRANTY MAILING AUGUST | 8 | 1.00 | 1.00 | | | 0.00 |
| 217 | CORALVILLE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 148970 | 08/31/19 | ART VAN-TSG AUGUST 2019 | 3 | | | | | 2.00 |
| 217 | CORALVILLE | IT | WZC NETWORKING LLC. | INV00256 | 10/19/19 | FIELD SERVICE CALL | 1 | 381.03 | 381.03 | | | 381.03 |
| 217 | CORALVILLE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 10 OF 12) | 1 | 3,192.92 | 3,192.92 | | | 3,192.92 |
| 217 | CORALVILLE | ART VAN | ELITE REWARDS | 103119 | 10/31/19 | ELITE REWARDS FOR OCTOBER 2019 | 1 | 670.00 | 670.00 | | | 670.00 |
| | | | | | | GRAND TOTAL | 217 | | | | | $ 6,205.92 |

Franchise Elite rewards
October 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 217-0072382 | 20191001 | AIRFRYER | 50.01 | 50.00 | 217 |
| 217-0072609 | 20191009 | PROMO50HDTV | 250.01 | 225.00 | 217 |
| 217-0072620 | 20191010 | APPLEAIRPODS | 170.00 | 170.00 | 217 |
| 217-0072666 | 20191013 | PROMO50HDTV | 250.01 | 225.00 | 217 |
| | | | | 670.00 | |

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| NOVEMBER | 2019 |
|---|---|
| STORE | 217 | CORALVILLE |
| INVOICE | 217-113019 |

INVOICE DATE: 1/16/2020
DUE DATE: 1/31/2020

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 217 | CORALVILLE | ART VAN | ART VAN | 113019 | 11/30/19 | WAGES BILLED - (see attached detail) | 1 | 1,749.16 | 1,749.16 | | | 1,749.16 |
| 217 | CORALVILLE | IT | AT&T MOBILITY | 872369000008X10232019 | 11/7/19 | TELECOM SERVICES | 1 | 13.55 | 13.55 | | | 13.55 |
| 217 | CORALVILLE | ART VAN | DAMAGE & REPAIR CREDITS | 113019 | 11/30/19 | DAMAGE & REPAIR CREDITS | 1 | (725.00) | (725.00) | | | (725.00) |
| 217 | CORALVILLE | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 2,571.00 | 2,571.00 | | | 2,571.00 |
| 217 | CORALVILLE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2019 (PYMT 11 OF 12) | 1 | 3,192.92 | 3,192.92 | | | 3,192.92 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 81016 | 10/15/19 | ANNIVERSARY SALE POSTERS 18X24 GER80735 | 8 | | 7.41 | 5.54 | 0.47 | 13.42 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 81017 | 10/16/19 | DIRECT MAIL/AV SIGNATURE CARD EVENT 10/23/19 GER80595 PRINT | 1,102 | | | | | 147.63 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 81168 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2 VERSIONS GER81026 | 8 | | 13.77 | | 0.83 | 14.60 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2 1 VERSIONS GER81200 | 9 | | 10.53 | | 0.63 | 11.16 |
| 217 | CORALVILLE | ADVERTISING | GRAPHICS EAST | 81578 | 11/14/19 | NOVEMBER 2019 EVENT POSTER6-2 | 1 | 235.14 | 235.14 | | | 235.14 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 81615 | 11/22/19 | POSAGE/JUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 GER#11519 | 15,370 | | | | | 3,020.06 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 29116 | 10/31/19 | ART VAN ISSUE DATE 10/31/19 COLUMBUS DAY | 50 | 0.87 | 0.87 | 0.16 | | 1.03 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE 10/31/19 COLUMBUS DAY 12 PAGE TABLOID | 35,356 | 1,655.30 | 1,655.30 | 118.19 | | 1,773.49 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 29205 | 11/14/19 | ART VAN ISSUE DATE: 11/14/19 BLACK SATURDAY 8PG TAB | 50 | | | | | 1.85 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 29206 | 11/4/19 | ART VAN ISSUE DATE: 11/4/19 VETERANS DAY 4 PAGE FULL | 31,682 | | | | | 1,412.31 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 29207 | 11/14/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (PURE SLEEP) 4PG TAB | 50 | | | | | 12.96 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 29204 | 10/31/19 | ART VAN ISSUE DATE: 11/24/19 BLACK FRIDAY 8PG DOUBLE GATE | 31,682 | | | | | 2,041.92 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 29210 | 11/14/19 | ART VAN ISSUE DATE: 11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 50 | | | | | 1.87 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 29211 | 11/14/19 | ART VAN ISSUE DATE: 11/24/19 BLACK FRIDAY MATTRESS-ONLY 4PG FULL | 50 | | | | | 1.70 |
| 217 | CORALVILLE | ADVERTISING | NTVB MEDIA | 29109R | 11/14/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (FURNITURE ONLY) | 50 | | | | | 1.71 |
| 217 | CORALVILLE | ADVERTISING | SCREEN WORKS | 69065 | 10/30/19 | VETERANS DAY VERTICAL WINDOW BANNERS 30X50 | 2 | 22.80 | 45.60 | | 2.74 | 48.34 |
| 217 | CORALVILLE | ADVERTISING | SCREEN WORKS | 69125 | 11/13/19 | BLACK FRIDAY SALE VERTICAL WINDOW BANNERS 30X50 | 2 | | 45.60 | | 2.74 | 48.34 |
| 217 | CORALVILLE | ART VAN | TEMPUS TECHNOLOGIES, INC | 10191604 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 217 | CORALVILLE | ART VAN | TEMPUS TECHNOLOGIES, INC | 111942341 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 217 | CORALVILLE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149535 | 10/24/19 | ART VAN-TSG SEPTEMBER 2019 POSTAGE/MAILING | 5 | | | | | 4.00 |
| 217 | CORALVILLE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149536 | 10/24/19 | ART VAN-1YR EXTENDED WARRANTY MAILING SEPTEMBER | 3 | | | | | 31.00 |

15,670.85

**Art Van Furniture Franchising**

**Wages billed to Franchise store - Coralville - Store # 217**

**November 2019**

| Employee name | Reg | OT | Total Labor $ |
|---|---|---|---|
| Almarosa Rios | 860.00 | | 860.00 |
| | | 226.07 | 226.07 |
| | | | |
| Eric Bauer | 663.09 | | 663.09 |
| | | | |
| Total | | | 1,749.16 |
| | | | |

961229/ACC... RC_SRV_CD
MAN89R/NumSYS

Run Date  . . :  10/2019
Run Time  . . :  ...33:04
Store . . . :  217 CORALVILLE FR
Page  . . . :  00001

ART VA...NITURE
Franchise Service Credits
11/01/2019 to 11/30/2019

| Vendor/Model | Debit Memo# | Service# | Road Service | Delivery Prp | Damage Reprs |
|---|---|---|---|---|---|
| LZB SO-49P-724-B153758 | | 808-1822152-001 | 75.00 | .00 | .00 |
| TOVFU SO-TOV-L4110-DS-PWG | | 808-1822154-001 | 75.00 | .00 | .00 |
| MENG MNY2007-6P | | 808-1822361-001 | 125.00 | .00 | .00 |
| MENG MNY2007-6P | | 808-1823666-001 | 125.00 | .00 | .00 |
| MENG MNY2007-9P | | 808-1823666-002 | 125.00 | .00 | .00 |
| FLEX 1681-64FH-CHOCOLATE | | 808-1823671-001 | 75.00 | .00 | .00 |
| FUSIN 9728-AV-II | | 808-1824541-001 | 125.00 | .00 | .00 |

Total . . . :  725.00  .00  .00  725.00

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 217-0073003 | 20191103 | KITCHENAID-MIXER | 200.00 | 200.00 | 217 |
| 217-0073104 | 20191109 | WIRELESSBEATS | 150.00 | 132.00 | 217 |
| 217-0073113 | 20191110 | WIRELESSBEATS | 150.00 | 132.00 | 217 |
| 217-0073121 | 20191110 | 50IN-TV | 250.00 | 250.00 | 217 |
| 217-0073140 | 20191111 | 50IN-TV | 250.00 | 250.00 | 217 |
| 217-0073158 | 20191112 | 50IN-TV | 250.00 | 250.00 | 217 |
| 217-0073201 | 20191116 | SOUND-BAR | 150.00 | 150.00 | 217 |
| 217-0073253 | 20191119 | SOUND-BAR | 150.00 | 150.00 | 217 |
| 217-0073330 | 20191123 | SYG-100-M-BIKE | 75.00 | 75.00 | 217 |
| 217-0073371 | 20191129 | 50IN-TV | 250.00 | 250.00 | 217 |
| 217-0073400 | 20191127 | 50IN-TV | 250.00 | 250.00 | 217 |
| 217-0073428 | 20191128 | AIRFRYER | 50.01 | 50.00 | 217 |
| 217-0073432 | 20191129 | AIRFRYER | 50.01 | 50.00 | 217 |
| 217-0073442 | 20191129 | 50IN-TV | 250.00 | 250.00 | 217 |
| 217-0073457 | 20191129 | WIRELESSBEATS | 150.00 | 132.00 | 217 |
| | | | | 2,571.00 | |

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| DECEMBER | 2019 | | INVOICE DATE: | 3/8/2020 |
|---|---|---|---|---|
| STORE | 217 | CORALVILLE | DUE DATE: | 3/13/2020 |
| INVOICE | 217-123119 | | | |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 217 | CORALVILLE | IT | AT&T MOBILITY | 287236900004112232019 | 12/1/19 | TELECOM SERVICES | 1 | 13.50 | 13.50 | | | 13.50 |
| 217 | CORALVILLE | ADVERTISING | FALL 2019 CATALOG | 123119 | 12/31/19 | FALL 2019 CATALOG MASS MAILING | 1 | 2,438.80 | 2,438.80 | | | 2,438.80 |
| 217 | CORALVILLE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 3,192.08 | 3,192.08 | | | 3,192.08 |
| 217 | CORALVILLE | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 1,620.00 | 1,620.00 | | | 1,620.00 |
| 217 | CORALVILLE | ART VAN | MULTIPLE VENDOR DM'S | 123119 | 12/31/19 | VENDOR CREDITS (SEE ATTACHED) | 1 | (120.00) | (120.00) | | | (120.00) |
| 217 | CORALVILLE | ADVERTISING | GRAPHIC EAST | 81590 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81457 | 1 | 7.29 | 7.29 | | 0.44 | 7.73 |
| 217 | CORALVILLE | ADVERTISING | GRAPHIC EAST | 81581 | 11/19/19 | 2019 TOPS TOH TOTS POSTERS GE#1414 | 1 | 12.79 | 12.79 | | 0.77 | 13.56 |
| 217 | CORALVILLE | ADVERTISING | GRAPHIC EAST | 81582 | 11/19/19 | DECEMBER 2019 EVENT POSTERS 12/4 WINTER HOLIDAY SALE 12/21 BUYER) | 8 | 9.09 | 9.09 | | 0.55 | 9.64 |
| 217 | CORALVILLE | ADVERTISING | GRAPHIC EAST | 81563 | 11/19/19 | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 217 | CORALVILLE | ADVERTISING | GRAPHIC EAST | 81708 | 11/27/19 | MM/MBO POSTCARD-ONE BIG HOLIDAY SALE 1177 FRANCHISE/ONSTONE | 15,370 | | 1,497.92 | 24.42 | 89.88 | 1,612.22 |
| 217 | CORALVILLE | ADVERTISING | GRAPHIC EAST | 81963 | 12/17/19 | DECEMBER 2019 W/RENT POSTER ROUND 2 2VERSIONS GE#81954 | 8 | | 9.96 | 9.29 | 0.60 | 19.85 |
| 217 | CORALVILLE | ADVERTISING | NTV8 MEDIA, INC | 29237 | 11/27/19 | ART VAN ISSUE DATE: 11/22/19 BLACK FRIDAY PREVIEW | 76,311 | | | | | 2,900.04 |
| 217 | CORALVILLE | ADVERTISING | NTV8 MEDIA, INC | 29344 | 12/13/19 | ART VAN ISSUE DATE: 12/29/19 MATTRESS ONLY 4PG TAB | 16,335 | | | | | 631.62 |
| 217 | CORALVILLE | IT | PCM | 90078953 | 11/15/19 | REPLACEMENT OF OUTDATED COMPUTERS | 1 | 348.31 | 348.31 | | | 348.31 |
| 217 | CORALVILLE | ART VAN | TEMPUS TECHNOLOGIES, INC | 121943376 | 12/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 217 | CORALVILLE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 199540 | 10/28/19 | ART VAN TSG OCTOBER 2019 POSTAGE/PROCESSING/DND | 10 | | | | | 0.00 |

GRAND TOTAL | 217 | $ 13,039.93

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 217-0072344 | 20191202 | 50IN-TV | 250.00 | 250.00 | 217 |
| 217-0073476 | 20191209 | 50IN-TV | 250.00 | 250.00 | 217 |
| 217-0073507 | 20191201 | 50INCH-TV | 150.00 | 250.00 | 217 |
| 217-0073536 | 20191206 | 50IN-TV | 250.00 | 250.00 | 217 |
| 217-0073584 | 20191206 | 50IN-TV | 250.00 | 250.00 | 217 |
| 217-0073727 | 20191215 | KITCHENAID-MIXER | 200.00 | 200.00 | 217 |
| 217-0073920 | 20191231 | PROMOGC200 | 200.00 | 170.00 | 217 |
| | | | | 1,620.00 | |

```
PRINT DATE  :  12/03/2019                    ART VAN FURNITURE INC.                                        PAGE:        1
PRINT TIME  :  7:30:49                              DEBIT MEMO                                        NUMBER:
DEBIT MEMO#  :  740724
REQ. STORE#  :                                                                      WAREHOUSE:  10 WAREHOUSE AVE
VENDOR . . . :  NCF  NEW CLASSIC FURNITURE
REASON . . . :                                                                         ENTRY:  12/03/2019  7:30:48  SRV808KK1
                                                                                       CLOSE:  12/03/2019  7:30:48  SRV808KK1
```

```
                         DEBIT MEMO   GENERATED    SHIPPED
LINE#  VENDOR/MODEL       QUANTITY     QUANTITY    QUANTITY       UNIT COST   EXTENDED COST
=====  ============      ==========   =========   =========      =========   =============
  1                           0           0           0              .00         30.00

       Reason . . . :                    Service # . . :  000-0000000-000        Location . . :
       ACK#/Product ID:                  Delivery Date:                          Invoice . . :
       Customer Name :                   Sell at . . . :      0% off             Auth . . . . :
       Replacement Mdl:                                                          Vend Agree: Yes

       Problem Description
       ----------------------------------------------------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
       810-1250596-001 LAS VEGAS  L2314-25PH-BLACK  DUAL POWER RECL LVST
       810-1250596-002 LAS VEGAS  L2314-13PH-BLACK  DUAL POWER GLIDER
       810-1250596-003 LAS VEGAS  L2314-32PH-BLACK  DUAL POWER RECL SOFA
       REFER TO DM# 728651
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 217 A $30.00 HANDLING FEE.
```

```
                                                            TOTAL COST:         30.00


                                      ** END OF LISTING **
```

```
PRINT DATE  .  .  :  12/03/2019                    ART VAN F   TURE INC.                                    PAG          MBER:    1
PRINT TIME  .  .  :  8:39:28                          DEB      EMO
DEBIT MEMO#  .  :  740753
REQ  STORE#  .  .  :
VENDOR  .  .  .  :  UNIFU UNITED FURNITURE INDUSTRIES                             WAREHOUSE:  10 WAREHOUSE AVF
REASON  .  .  .  :
                                                                                    ENTRY:  12/03/2019    8:39:27  SRV808KK1
                                                                                    CLOSE:  12/03/2019    8:39:27  SRV808KK1

                                    DEBIT MEMO    GENERATED    SHIPPED
LINE#  VENDOR/MODEL                  QUANTITY     QUANTITY    QUANTITY      UNIT COST   EXTENDED COST
====   ============================  =========    =========   =========    =========   =============
  1                                       0            0           0            .00          30.00

       Reason .  .  .  :                              Service # . : 000-0000000-000    Location  . :
       ACK#/Product ID:                               Delivery Date:                   Invoice . . :
       Customer Name  :                               Sell at . . :      0% off        Auth  . . . :
       Replacement Mdl:                                                                Vend Agree: Yes

       Problem Description
       ----------------------------------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
       810-1268237-001 HARLOW 1657-L-LINEN LOVESEAT
       REFER TO DM# 738599
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 217 A $30.00 HANDLING FEE.

                                                                                     TOTAL COST:              30.00


                                          ** END OF LISTING **
```

```
PRINT DATE  : 12/05/2019                    ART VAN F   TURE INC.                              PAG   UMBER:    1
PRINT TIME  : 9:03:07                             DEE    EMO
DEBIT MEMO# : 7411176                                                      WAREHOUSE:  10 WAREHOUSE AVE
REQ. STORE# :
VENDOR . . . : GATHC WORLD SOURCE LP                                          ENTRY: 12/05/2019  9:03:04  SRV808KK1
REASON . . . :                                                                CLOSE: 12/05/2019  9:03:04  SRV808KK1

                           DEBIT MEMO    GENERATED     SHIPPED
LINE#  VENDOR/MODEL         QUANTITY     QUANTITY     QUANTITY      UNIT COST  EXTENDED COST
==============================================================================================
  1                              0            0            0            .00         30.00

       Reason . . . :                    Service # . : 000-0000000-000      Location . :
       ACK#/Product ID:                  Delivery Date:                     Invoice  . :
       Customer Name  :                  Sell at . . :    0% off            Auth  . .  :
       Replacement Mdl:                                                     Vend Agree: Yes

       Problem Description
       ---------------------------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
       810-1252310-001 CHESLSEA-ET SQUARE END TABLE
       REFER TO DM# 729790
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 217 A $30.00 HANDLING FEE.
==============================================================================================
                                                                     TOTAL COST:        30.00


                                         ** END OF LISTING **
```

```
PRINT DATE   : 12/09/2019                    ART VAN F  TURE INC.                          PAG  UMBER:    1
PRINT TIME   : 14:38:19                              DEB   EMO
DEBIT MEMO#  : 741673
REQ  STORE#  :                                                          WAREHOUSE:  10 WAREHOUSE AV
VENDOR . . . : AIFTG AIF TRADING GROUP
REASON . . . :                                                            ENTRY: 12/09/2019 14:38:18  SRV808KK1
                                                                          CLOSE: 12/09/2019 14:38:18  SRV808KK1

                            DEBIT MEMO   GENERATED   SHIPPED
LINE#  VENDOR/MODEL         QUANTITY     QUANTITY    QUANTITY    UNIT COST  EXTENDED COST
=============================================================================================================
   1                              0          0          0           .00         30.00

       Reason. . . :                     Service # . . : 000-0000000-000       Location . :
       ACK#/Product ID:                  Delivery Date:                        Invoice . :
       Customer Name :                   Sell at . . :       0% off            Auth . . . :
       Replacement Mdl:                                                        Vend Agree: Yes

       Problem Description
       --------------------------------------------------
       IN SHOP FEE TO HANDLE DEFECTIVE ITEMS $30.00
       810-1250093-001 VENUS-III-BLACK CHAISE
       INVOICE# 217-0071862 SKU/SERIAL# 350030093-000340
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHSIE STORE 217 A $30.00 HANDLING FEE.
=============================================================================================================

                          ** END OF LISTING **                       TOTAL COST:         30.00
```