# **EXHIBIT D**

**CT Lien Solutions**
a Wolters Kluwer Business

# Filing Results

LINDA PAULSELL
ART VAN FURNITURE, INC.
6500 E 14 Mile Rd
Warren, MI 48092-1295

Date:         08/23/2016
Order #:      55311405
Customer #:   34460
Reference 1:  34460
Reference 2:  --

**Target Name:** Simpson Furniture Company

**Jurisdiction:** Secretary of State, Iowa

| | |
|---|---|
| **Filing Type:** UCC Financing Statement | **Searched Through:** -- |
| Results: See attached filing acknowledgement | |

**Document Listing:**

| File # | File Date | Type of Filing |
|---|---|---|
| P16004450-2 | 08/19/2016 | Original Financing Statement |

TREVOR HARRIS
Chicago Team 1
208 S. LaSalle Street
Suite 814
Chicago, IL 60604
312.288.3547
trevor.harris@wolterskluwer.com

This report contains information compiled from sources which CT Lien Solutions considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Lien Solutions does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Lien Solutions is not an insurer with regard to this information or these services. Under no circumstances shall CT Lien Solutions be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings.

P16004450-2
8/19/2016    2:47 PM
IOWA SECRETARY OF STATE
FILED

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Robert Anderson

**B. E-MAIL CONTACT AT FILER (optional)**
randerson@artvan.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Robert Anderson
Art Van Furniture, Inc.
6500 E. 14 Mile Road
Warren, MI

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b)

**1a. ORGANIZATION'S NAME**
Simpson Furniture Company

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2300 Main Street | Cedar Falls | IA | 50613 | USA |

**2. DEBTOR'S NAME:**

(blank)

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):**

**3a. ORGANIZATION'S NAME**
Art Van Furniture, Inc.

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6500 E. 14 Mile Road | Warren | MI | 48092 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

**SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF.**

5. Check only if applicable and check only one box: Collateral is [ ] held in a Trust  [ ] being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box: [ ] Public-Finance Transaction  [ ] Manufactured-Home Transaction  [ ] A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box: [ ] Agricultural Lien  [ ] Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable): [ ] Lessee/Lessor  [ ] Consignee/Consignor  [ ] Seller/Buyer  [ ] Bailee/Bailor  [ ] Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

## EXHIBIT A
## UCC FINANCING STATEMENT

DEBTOR:    Simpson Furniture Company

SECURED PARTY:  Art Van Furniture Inc.

All of Debtor's right, title and interest in all personal property of the Debtor including, without limitation, all of the following property Debtor now owns or whether acquired or arising after the date of this filing, wherever located (the "Collateral"):

(a) all Accounts Receivable (for purposes of this Agreement, "Accounts Receivable" consists of all accounts, general intangibles, chattel paper (including without limit electronic chattel paper and tangible chattel paper), contract rights, deposit accounts, documents, instruments and rights to payment evidenced by chattel paper, documents or instruments, health care insurance receivables; commercial tort claims, letters of credit, letter of credit rights, supporting obligations, and rights to payment for money or funds advanced or sold);

(b) all Inventory;

(c) all Equipment and Fixtures;

(d) all Software (for purposes of this Agreement, "Software" consists of all (i) computer programs and supporting information provided in connection with a transaction relating to the program, and (ii) computer programs embedded in goods and any supporting information provided in connection with a transaction relating to the program whether or not the program is associated with the goods in such a manner that it customarily is considered part of the goods, and whether or not, by becoming the owner of the goods, a person acquires a right to use the program in connection with the goods, and whether or not the program is embedded in goods that consist solely of the medium in which the program is embedded);

(e) all investment property (including, without limit, securities, securities entitlements, and financial assets);

(f) all goods, instruments, (including, without limit, promissory notes), documents (including, without limit, negotiable documents), policies and certificates of insurance, deposit accounts, and money or other property (except real property which is not a fixture) which are now or later in possession of Secured Party, or as to which Secured Party now or later controls possession by documents or otherwise; and

(g) all additions, attachments, accessions, parts, replacements, substitutions, renewals, interest, dividends, distributions, rights of any kind (including but not limited to stock splits, stock rights, voting and preferential rights), products, and proceeds of or pertaining to the above including, without limit, cash or other property which were proceeds and are recovered by a Bankruptcy trustee or otherwise as a preferential transfer by Debtor;

(g) The terms used in this collateral description (whether or not capitalized) to describe the Collateral (whether directly or as part of another defined term) include the meanings

Page 1

ascribed to such terms in Articles 8 or 9 of the Uniform Commercial Code (including any term used in such Articles which are defined in other Articles of the Uniform Commercial Code), except that (i) meaning of such terms will not be limited by reason of any limitation on the scope of the Uniform Commercial Code, by reason of federal preemption or otherwise, and (ii) to the extent the definition of any category or type of Collateral is expanded by any amendment, modification or revision to the Uniform Commercial Code, such expanded definition will apply automatically as the date of such amendment, modification or revisions.



TREVOR HARRIS
Chicago Team 1
208 S. LaSalle Street,
Suite 814
Chicago IL 60604
312.288.3547
trevor.harris@wolterskluwer.com

# Summary of Charges
This is not an invoice. Do not pay from this report.

| | |
|---|---|
| LINDA PAULSELL | Order #: 55311405 |
| ART VAN FURNITURE, INC. | Customer #: 34460 |
| 6500 E 14 Mile Rd | Date: 08/23/2016 |
| Warren MI | Reference 1: 34460 |
| 48092-1295 | Reference 2: -- |

| | Bill-Code | Price |
|---|---|---|
| **SIMPSON FURNITURE COMPANY** | | |
| UCC Financing Statement-IA, Secretary of State | 34460 | $47.00 |
| County or State Fees: | | $20.00 |
| | Sub-Total: | $67.00 |

**Summary**

| | |
|---|---|
| Service Charge: | $47.00 |
| County or State Fees: | $20.00 |
| **TOTAL:** | **$67.00** |

\* Pending items may have additional costs of state, county, third party fees or additional copies/pages which will increase the total cost. This report shows preliminary cost only.