## CERTIFICATE OF SERVICE

I, Peter J. Keane, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this corrected summons and a copy of the complaint was made May 19, 2022 by:

☒  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**SEE ATTACHED SERVICE LIST**

☐  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐  Residence Service: By leaving the process with the following adult at:

☒  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐  Publication: The defendant was served as follows: [Describe briefly]

☐  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]   (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  May 19, 2022

/s/ Peter J. Keane
Peter J. Keane (DE Bar No. 5503)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)

Art Van Simpson Furniture Adversary Service List
Document No. 238154
03 – First Class Mail
03 – Certified Mail

**FIRST CLASS MAIL AND CERTIFIED MAIL**
Simpson Furniture Company
Attn: Dale Emmert, Registered Agent
2300 Main Street
Cedar Falls, IA 50613

**FIRST CLASS MAIL AND CERTIFIED MAIL**
Simpson Furniture Company
2300 Jones Boulevard
Coralville, IA 52241

**FIRST CLASS MAIL AND CERTIFIED MAIL**
Dale Thomas Emmert
CEO & President, Simpson Furniture Company
3019 Neola Street
Cedar Falls, Iowa 50613